IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RAYMOND SCOTT MADILL,<br><br>        Plaintiff,<br><br>v.<br><br>OFFICER TIDWELL et al.,<br><br>        Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:18-CV-814-RJS<br><br>District Judge Robert J. Shelby |

Plaintiff filed a prisoner civil rights complaint, *see* 42 U.S.C.S. § 1983 (2018), and was granted *in forma pauperis* status, 28 *id.* § 1915. However, Plaintiff has not obeyed the Court's October 29, 2018, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See id.* § 1915(a)(2).

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case, DUCivR 41-2--Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

        DATED this 27th day of December, 2018.

                      BY THE COURT:

                      _____
                      CHIEF JUDGE ROBERT J. SHELBY
                      United States District Court